IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JACK OLDHAM,

                Petitioner,

   v.                                          ORDER
                                                   07-C-628-S

MICHAEL THURMER,

                Respondents.
_____

Petitioner has submitted a petition for a writ of habeas corpus. Before his petition can be addressed he shall submit an affidavit of indigency or the $5.00 filing fee.

Failure to submit the fee or an affidavit by November 23. 2007 may result in dismissal of this action for failure to prosecute.

ORDER

IT IS ORDERED that petitioner shall submit his filing fee or affidavit of indigency by November 23, 2007 or this action may be dismissed for his failure to prosecute.

Entered this 5th day of November, 2007.

                                     BY THE COURT:

                                     /s/

                                   _____
                                   JOHN C. SHABAZ
                                   District Judge