```
IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
```
_____

JACK OLDHAM,

                Petitioner,

  v.                                          ORDER
                                                    07-cv-628-jcs

MICHAEL THURMER,

                Respondent.

_____

Petitioner was to submit his filing fee or an affidavit of indigency not later than November 23, 2007. Since petitioner has not submitted either, his complaint and all claims therein will be dismissed for his failure to prosecute.

ORDER

IT IS ORDERED that petitioner's complaint and all claims contained therein is DISMISSED without prejudice for his failure to prosecute.

IT IS FURTHER ORDERED that judgment be entered DISMISSING plaintiff's complaint and all claims contained therein without prejudice.

Entered this 28th day of November, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge